**MINUTE ENTRY**

*Hearing Information*

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda K. Martin |
| Case Number: | 2:25-bk-05316-BKM |
| Debtor(s): | LASEN, INC. |
| Chapter: | 11 |
| Date and Time: | 07/15/2026 2:30 PM |
| Location(s): | PHX-701 |
| Courtroom Clerk: | Renee Bryant |
| Electronic Court Recording Operator: | Leticia Romero |

MATTER:
CHAPTER 11 PLAN CONFIRMATION

APPEARANCES:


PATTY CHAN, ATTORNEY FOR THE UNITED STATES TRUSTEE
TODD TUTTLE, ATTORNEY FOR LASEN INC, SKYSKOPES INC
RANDY NUSSBAUM, ATTORNEY FOR LASEN INC, SKYSKOPES INC
TED BURR, CHIEF RESTRUCTURING OFFICER
PATRICK CLISHAM, ATTORNEY FOR JEFFREY FARSTAD
BRYAN CAN GRINSVEN, CO-COUNEL FOR JEFFREY FARSTAD
BRYON FORRESTER, ATTORNEY FOR RUSSELL JENNETT, JOE LOREA, RALPH MOTTO
ERIC MOATS, ATTORNEY FOR OLD NATIONAL BANK
MICHAEL ZIMMERMAN, ATTORNEY FOR THE SKYSKOPE UNSECURED CREDITORS COMMITTEE
WILLIAM SCHUMACHER, ATTORNEY FOR OLD NATIONAL BANK

PROCEEDING:

Mr. Tuttle presents the third amended plan and amended disclosure statement. He reports that no objections have been filed, balloting has been completed, and all classes that voted accepted the plan. Mr. Tuttle responds to the Court's questions.

The Court offers its comments, asks its questions, and outlines the revisions needed to the plan and confirmation order.

Mr. Tuttle responds to the Court's questions. He will prepare the confirmation with revision outlined by the Court.

COURT: THE COURT FINDS THAT THE NEW VALUE IS APPROPRIATE AND SUBSTANTIAL. THE COURT ALSO FINDS THAT IT IS APPROPRIATE TO CONFIRM THE PLAN UNDER SECTION 1129(B). MR. TUTTLE WILL CIRCULATE AND UPLOAD A FORM OF ORDER CONSISTENT WITH THE COURT'S COMMENTS.